# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re:

Eihab F Atout

Case No.: 14-23343
Chapter: Chapter 7

## DEBTORS' MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

The Debtor, by and through Kryshak Law Office, LLC, pursuant to 11 U.S.C. § 707(a), requests that the above-entitled Chapter 7 case be dismissed, and make the following representations in support thereof:

(1) The above-entitled case was commenced by the filing of a voluntary petition under Chapter 7 on March 28, 2014 and has not been converted under any other chapter of the Bankruptcy Code.

(2) There is no motion for relief from the automatic stay pending against the debtors.

(3) The debtor no longer wishes to proceed with the above-entitled Chapter 7 case because of medical reasons. Due to Debtor's current medical condition, he is unable to provide requested documentation to the Chapter 7 Trustee in a timely fashion. Also due to his current medical condition, Debtor is unable to attend subsequent adjourned section § 341 Meeting of Creditors and meet with other obligations of the Chapter 7 case.

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com

WHEREFORE, the debtor, through his attorney, respectfully request an Order from the Court dismissing the Chapter 7 case.

DATED this Tuesday, June 17, 2014.

By:    /s/ Anthony J. Kryshak II
Anthony J. Kryshak II
Attorney for the Debtor
Bar #: 1063950

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
    Eihab F Atout

Case No.: 14-23343
Chapter: Chapter 7

## NOTICE OF MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

The above Debtor(s) have filed a Motion to Voluntarily Dismiss Chapter 7 Case in this bankruptcy case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written objection and request for hearing at:

Clerk of Bankruptcy Court
517 E Wisconsin Ave, Room 126
Milwaukee, WI 53202

If you mail your objection, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Anthony J Kryshak II
Kryshak Law Office, LLC
6127 Green Bay Rd, Ste 101
Kenosha, WI 53142

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

Dated June 17, 2014 at Kenosha, Wisconsin

By:    /s/ Anthony J. Kryshak
       Anthony J. Kryshak
       Attorney for the Debtor
       Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

Case No.: 14-23343
Chapter: Chapter 7

**In Re:**

    Eihab F Atout

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service, Motion to Extend Automatic Stay and Notice of Motion were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Kenosha, WI on Tuesday, June 17, 2014:

Eihab F Atout
10200 74th St Ste 303
Kenosha, WI 53142

Additionally, the documents referenced above were also served via electronic means on the following individuals on Tuesday, June 17, 2014:

| | |
|---|---|
| United States Trustee | Douglas Mann |
| Eastern District of Wisconsin | Chapter 7 Trustee |
| 517 E. Wisconsin Ave. | 740 North Plankinton Ave Ste 210 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

DATED this Tuesday, June 17, 2014.

By:    _/s/ Anthony J. Kryshak_
         Anthony J. Kryshak
         Attorney for the Debtor
         Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 14-23343-pp<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue Jun 17 10:57:23 CDT 2014 | TrueStone Financial Federal Credit Union<br>c/o Law Offices of Jonathan V. Goodman<br>788 N. Jefferson Street, Suite 707<br>Milwaukee, WI 53202-3739 | Trustone Financial Federal Credit Union<br>c/o Mark C. Darnieder<br>Darnieder & Geraghty<br>735 N. Water St., Suite 930<br>Milwaukee, WI 53202-4105 |
| AMCCU<br>Attn Bankruptcy Dept<br>6715 Green Bay Rd<br>Kenosha, WI 53142-1425 | American Express<br>Attn Bankruptcy Dept<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | Artisan and Truckers Casualty Company<br>Attn Bankruptcy Dept<br>5920 Landerbrook Drive<br>Mayfield Heights, OH 44124-6506 |
| Aurora Health Care<br>Attn Bankruptcy Dept<br>PO Box 341880<br>Milwaukee, WI 53234-1880 | BMO Harris Bank/M&I Bank<br>Attn Bankruptcy Dept<br>770 N Water St<br>Milwaukee, WI 53202-0002 | Chase<br>Attn Bankruptcy Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Commerce State Bank<br>Attn Bankruptcy Dept<br>1700 S Silverbrook Dr<br>West Bend, WI 53095-4685 | Darneider & Geraghty<br>Attn Bankruptcy Dept<br>735 N Water St #930<br>Milwaukee, WI 53202-4105 | Discover Card<br>Attn Bankruptcy Dept<br>PO Box 6103<br>Carol Stream, IL 60197-6103 |
| Internal Revenue Service<br>Attn Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Pace Electric Inc<br>12015 W Janesville Rd<br>Hales Corners, WI 53130-2353 |
| Prakash Shah<br>4622 15th St<br>Kenosha, WI 53144-1211 | Swanningson Properties LLC<br>Attn Bankruptcy Dept<br>4119 Palmtree Blvd<br>Cape Coral, FL 33904-8438 | Trustone Financial Federal Credit Union<br>Attn Bankruptcy Dept<br>6715 Green Bay Rd<br>Kenosha, WI 53142-1425 |
| US Venture Inc<br>DBA Design Air<br>425 Better Way<br>Appleton, WI 54915-6192 | Anthony J. Kryshak<br>Kryshak Law Office, LLC<br>6127 Green Bay Rd. Ste. 101<br>Kenosha, WI 53142-2929 | Douglas F. Mann<br>740 North Plankinton Avenue<br>Suite 210<br>Milwaukee, WI 53203-2403 |
| Eihab F Atout<br>10200 74th St #303<br>Kenosha, WI 53142-6800 | Pamela L Bruce-Atout<br>10200 74th St #303<br>Kenosha, WI 53142-6800 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |