UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
    Eihab F Atout

Case No.: 14-23343
Chapter: Chapter 7

## MOTION TO WITHDRAW AS COUNSEL

Anthony J Kryshak II and Kryshak Law Office, LLC ("Movant") move this Court, pursuant to Local Rule 9010 of the Rules of the United States Bankruptcy Court, Eastern District of Wisconsin, to enter an Order allowing Movant to withdraw as attorney of record for the Debtor in the above-captioned bankruptcy case. The following is submitted in support of this Motion:

1. Movant was hired by Eihab F Atout ("Debtor") to file Debtor's Chapter 7 bankruptcy and Movant was entered as attorney of record for Debtors when the case was filed on March 28, 2014.

2. Since the case was filed on March 28, 2014, Debtor has been unable to provide to Movant certain documentation requested by the Trustee due to medical reasons and Movant is unable to competently represent the Debtor without said documentation and information.

3. In addition, Debtor has provided Movant with a letter that he no longer wishes for Movant to represent him regarding the above-captioned matter.

WHEREFORE, Movant prays for an Order from the Court granting the Motion to Withdraw as Counsel.

DATED this Tuesday, July 15, 2014.

By:    _/s/ Anthony J. Kryshak II_
        Anthony J. Kryshak II
        Attorney for the Debtor
        Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 14-23343
Chapter: Chapter 7

In Re:

Eihab F Atout

## NOTICE OF MOTION TO WITHDRAW AND COUNSEL

There is a Motion to Withdraw as Counsel in this bankruptcy case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant an order to withdraw counsel, or if you want the court to consider your views on the Motion to Withdraw as Counsel, then on or before 21 days after service of this notice, you or your attorney must:

File with the court an Objection to the Motion to Withdraw as Counsel at:

Clerk of Bankruptcy Court
517 E Wisconsin Ave, Room 126
Milwaukee, WI 53202

If you mail your objection, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Anthony J Kryshak II
Kryshak Law Office, LLC
6127 Green Bay Rd, Ste 101
Kenosha, WI 53142

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion to Withdraw as Counsel and may enter an order granting the motion.

Dated July 15, 2014 at Kenosha, Wisconsin

By: _/s/ Anthony J. Kryshak II_
Anthony J. Kryshak II
Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 14-23343
Chapter: Chapter 7

In Re:

Eihab F Atout

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service, Notice of Motion to Withdraw as Counsel and Motion to Withdraw as Counsel were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Kenosha, WI on Tuesday, July 15, 2014:

Eihab F Atout
2400 W Ryan Rd
Oak Creek, WI 53154

Additionally, the documents referenced above were also served via electronic means on the following individuals on Tuesday, July 15, 2014:

| United States Trustee | Douglas Mann |
| Eastern District of Wisconsin | Chapter 7 Trustee |
| 517 E. Wisconsin Ave. | 740 N Plankinton Ave |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

DATED this Tuesday, July 15, 2014.

By: _/s/ Anthony J. Kryshak II_
Anthony J. Kryshak II
Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com